Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HOME DEPOT USA, INC. and
DELPHI CORPORATION,

                                        Plaintiffs,

        - against -

                                                                **RULE 7.1 STATEMENT**

M/V HYUNDAI CONFIDENCE, her engines, tackle,
boiler, etc., *in rem*, MITSUI O.S.K. LINES, LTD.
and APL CO. PTE. LTD., *in personam*

                                        Defendants.
-------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Plaintiffs (Private, Non-Governmental Parties) certify that the

following are parent corporations and/or publicly held corporations that own 10% or

more of Plaintiffs' stock.

                            SEE   ATTACHED   LIST

Dated: New York, New York
        June 3, 2008

                                        HILL RIVKINS & HAYDEN
                                        Attorneys for Plaintiffs

                                        By: Thomas E. Willoughby
                                        Thomas E. Willoughby
                                        45 Broadway, Suite 1500
                                        New York, New York 10006
                                        (212) 669-0600

<u>RIDER TO RULE 7.1 STATEMENT</u>

The Home Depot, Inc.

Home Depot of Canada Inc.

Home Depot Mexico, S De R L De C V

Home Depot (Tianjin) Commercial Ltd.

Delphi Delco Electronics

Delphi Corporation
(dba "Delphi; Delphi Delco Electronics Ctr")

Delphi Corporation
(dba "Delphi; Delphi Delco Electronics")

Delphi Corporation
(dba "Delphi; Delphi-E&S – Kokomo; Delphi Delco
Electronics; Delphi Delco Elec Systems")

Delphi Corporation
(dba "Delphi; Delphi Delco Elec Systems; Delphi
Automotive Systems")

Delphi Corporation
(dba "Delphi; Delphi Delco Elec Systems")

Delphi Belgium Nv
(dba "Delphi Delco Electronics Systems; Delphi
Packard Electric System; Delphi Automotive
Systems")

Delphi Delco Electronics De Mexico, S A De C V
(dba "Delnosa Planta 1")

Delphi Delco Electronics Europe Gmbh
(dba "Delphi Delco")

General Motors of Canada Limtied
(dba "Oshawa South Stamping Plant; Ac-Delco Div;
Oshawa Investment Recovery; Motors Holding;
Delphi Chassis Div")

Delphi Delco Electronic System (Suzhou)
Co, Ltd.