# United States District Court

SOUTHERN DISTRICT OF NEW YORK

HOME DEPOT USA, INC. and DELPHI CORPORATION,

        Plaintiffs,

V.

M/V HYUNDAI CONFIDENCE, her engines, tackle, boiler, etc., in rem, MITSUI O.S.K. LINES, LTD. and APL CO. PTE. LTD., in personam,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CIV 5138

TO: (Name and address of defendant)

Mitsui O.S.K. Lines Ltd.; 160 Fieldcrest Avenue; Edison, New Jersey 08818

APL Co. Pte. Ltd.; 100 Central Avenue, Building 40C, South Kearny, New Jersey 07032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                      JUN 0 4 2008

CLERK                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                                              Signature of Server

                                                                  _____
                                                                  Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27  GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
ATTN:
U.S. SOUTHERN DIST. COURT         NEW YORK   COUNTY

------------------------------------------------------

HOME DEPOT USA, INC., ETANO            plaintiff

                - against -

M/V HYUNDAI CONFIDENCE, HER ENGINES    defendant
TACKLE, BOILER, ETC., ETAL

------------------------------------------------------

Index No. **08 CIV 5138**

Date Filed  ............

Office No. **29660-TEW**

Court Date:    /   /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**DANIEL KNIGHT**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **16th  day of June, 2008**    at  **05:04 PM.**,           at
   **160 FIELDCREST AVE**
   **EDISON, NJ 08818**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT**
   **JUDGES RULES**

upon **MITSUI O.S.K.LINES, LTD.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **KEVIN HARTMAN, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **MALE**          COLOR: **WHITE**          HAIR: **BRN/BALD**
   APP. AGE: **43**       APP. HT: **5:10**         APP. WT: **195**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
   th  day of  June, 2008k



KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

DANIEL KNIGHT
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM133826