# United States District Court

SOUTHERN DISTRICT OF NEW YORK

HOME DEPOT USA, INC. and DELPHI CORPORATION,

    Plaintiffs,

V.

M/V HYUNDAI CONFIDENCE, her engines, tackle, boiler, etc., in rem, MITSUI O.S.K. LINES, LTD. and APL CO. PTE. LTD., in personam,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-CIV-5138

TO: (Name and address of defendant)

Mitsui O.S.K. Lines Ltd.; 160 Fieldcrest Avenue; Edison, New Jersey 08818

APL Co. Pte. Ltd.; 100 Central Avenue, Building 40C, South Kearny, New Jersey 07032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

JUN 0 4 2008

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify):* _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        Date                                                     Signature of Server

_____
Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**HILL RIVKINS & HAYDEN LLP**

U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
--------------------------------------------------

Index No. **08 CIV 5138**

HOME DEPOT USA, INC., ETANO          plaintiff

- against -

M/V HYUNDAI CONFIDENCE, HER ENGINES     defendant
TACKLE, BOILER, ETC., ETAL
--------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**    being duly sworn, says:
I am over the age of 18 years and am not a party to this action.

ON the **20th** day of **June, 2008** I sent on behalf of the plaintiff herein a copy of the

**SUMMONS AND COMPLAINT**
RULE 7.1 STATEMENT
**JUDGES RULES**

with notice of the service upon the Secretary of State thereof to

**APL CO.PTE, LTD.**

the **DEFENDANT** by registered mail in a securely sealed wrapped with sufficient postage thereon with return receipt requested addressed to

100 CENTRAL AVE, BLDG 40C
SOUTH KEARNY, NJ 07032

ATTACHED HERETO, AND MADE A PART HEREOF, IS THE RETURN RECEIPT FROM THE DEFENDANT, RECEIVED BY THE DEPONENT ON  7/11/08

Sworn to before me this
11th    day of   July,       2008sr

KENNETH WISSNER
Notary Public, State of New York
No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM133825

SAMSON NEWMAN
Notary Public, State of New York
No. 01NE4783767
Qualified in New York County
Commission Expires Nov. 3, 2009

```
Form 20   SECRETARY OF STATE - 307
         HILL RIVKINS & HAYDEN LLP
         ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK  COUNTY         STATE OF NEW YORK
-----------------------------------------------------------------------
                                                    Index No. 08 CIV 5138
HOME DEPOT USA, INC., ETANO                plaintiff
                                                    Date Filed  ..........
              - against -
                                                    Office No. 29660-TEW
M/V HYUNDAI CONFIDENCE,HER ENGINES         defendant
TACKLE, BOILER, ETC., ETAL                          Court Date:   / /
-----------------------------------------------------

     STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
     STEVE AVERY                     being duly sworn, deposes and says that
he is over the age of 18 years, resides in the State of New York and is
not a party to this action.    That on the
     20th   of June,  2008 at  08:10 AM
at the Office of the Secretary of State of the State of New York in the
City of Albany, New York, he served the
     SUMMONS AND COMPLAINT
     RULE 7.1 STATEMENT
     JUDGES RULES
UPON: APL CO.PTE, LTD.
the DEFENDANT in this action, by delivering to and leaving with
     DONNA CHRISTIE, AGENT

in the office of the Secretary of State of New York, one true copy
thereof and at the same time of making such service, deponent paid said
Secretary of State, a fee of $40. That said service was made pursuant to
Section 307 of the BCL.

     Deponent further describes the person actually served as follows:

          SEX: FEMALE          COLOR: WHITE          HAIR: BLONDE
          APP. AGE: 35         APP. HT: 5:5         APP. WT: 130
OTHER IDENTIFYING FEATURES:


SWORN TO BEFORE ME THIS
25th  DAY OF   June,  2008
                                        ..............................
KENNETH WISSNER                         STEVE AVERY
Notary Public, State of New York        AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01WI4714130                      225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 03/30/2010           Reference No: 3HRLOM133825
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nelson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): J Nelson     C. Date of Delivery: 05/31/08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>95    /HRLOM<br>APL CO. PTE, LTD.<br>100 CENTRAL AVE, BLDG 40C<br>SOUTH KEARNY, NJ 07032 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | RA 602 432 893 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| | | |
|---|---|---|
| REGISTERED NO. | KA602432892 4S | |

| | | |
|---|---|---|
| Reg. Fee $ 10.00 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ ✓ | JUN 25 '08 |
| Postage $ 1.85 | Restricted Delivery $ | NEW YORK NY 10007 |
| Received by / SB | | Domestic Insurance is Limited To $25,000; International Indemnity is Limited (see reverse) |
| Customer Must Declare Full Value $ N/A | ☐ With Postal Insurance | |

**FROM:**
00   /AJS
SUITE 1802
225 BROADWAY
NEW YORK NY 10007

**TO:**
95   /HRLOM
APL CO. PTE, LTD.
100 CENTRAL AVE, BLDG 40C
SOUTH KEARNY, NJ 07032

PS Form 3806,
April 1991                              (Customer Copy)
                          (See Information on Reverse)